UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-CR-20812-AHS

UNITED STATES OF AMERICA

v.

VINCENTE GONZALEZ,

        Defendant.
_____/

## AGREED FACTUAL BASIS FOR GUILTY PLEA

Defendant Vincente Gonzalez (hereinafter referred to as the "Defendant" or "Gonzalez") hereby acknowledges and agrees that, if this case were to go to trial, the United States would establish and prove the following facts beyond a reasonable doubt:

From in or around October 2018 and continuing through in or around October 2019, in Miami-Dade County, in the Southern District of Florida, and elsewhere, Gonzalez did knowingly and willfully combine, conspire, confederate, and agree with co-conspirators, in violation of Title 18, United States Code, Section 1956(h), to commit money laundering, that is, to knowingly conduct a financial transaction affecting interstate and foreign commerce, which financial transaction involved the proceeds of specified unlawful activity, knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, and knowing that the transaction was designed, in whole or in part, to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the specified unlawful activity, in violation of Title 18, United

States Code, Section 1956(a)(1)(B)(i). The specified unlawful activity was health care fraud, in violation of Title 18, United States Code, Section 1347; wire fraud, in violation of Title 18, United States Code, Section 1343; and conspiracy to commit health care fraud, in violation of Title 18, United States Code, Section 1349.

Timely Medical Services Corp., Ortho-Med Solution, Inc., Expedited Medical Supplies Corp., and Prime Orthopedic Solutions Corp. were Florida corporations located in Miami, Florida, that purported to provide durable medical equipment ("DME") to Medicare and Medicaid beneficiaries (collectively, the "Fraud DMEs"). From 2018 to 2019, the Fraud DMEs billed and received from Medicare and Medicaid millions of dollars for items and services that they never provided.

Gonzalez was never an employee of any of the Fraud DMEs, and never otherwise had any legitimate affiliation with any of the Fraud DMEs. Nevertheless, between October 2018 and October 2019, Gonzalez received, cashed, and distributed checks issued by the Fraud DMEs and made payable to Gonzalez and other co-conspirators. These checks totaled approximately $480,000, were drawn on the Fraud DMEs' bank accounts, and represented the proceeds of health care fraud and wire fraud. Gonzalez and his co-conspirators cashed the checks and profited for doing so. Gonzalez then returned most of the fraud proceeds in cash to his co-conspirators for their own use and to further the fraud. Gonzalez knew and understood that the checks he received, cashed, and/or distributed for cashing represented the proceeds of some form of unlawful activity carried out by the Fraud DMEs, and Gonzalez knew that the purpose of his receiving, cashing, and/or distributing the checks for cashing was to conceal and disguise the nature, location, source, ownership,

and/or control of the fraud proceeds.

In total, Gonzalez is responsible for laundering approximately $480,000 in fraud proceeds.

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charges against me. It does not include all of the facts known to me concerning the criminal activity in which I and others were engaged. I make this statement knowingly and voluntarily because I am in fact guilty of the crimes charged.

Date: 12/19/2020

By: _____
VINCENTE GONZALEZ
DEFENDANT

Date: 12/21/20

By: _____
ROGER CABRERA
COUNSEL FOR THE DEFENDANT

Date: 12-31-20

By: _____
ALEXANDER THOR POGOZELSKI
TRIAL ATTORNEY
FRAUD SECTION, CRIMINAL DIVISION
U.S. DEPARTMENT OF JUSTICE